IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DENNIS K. ENGLE,<br><br>　　　　　　Movant,<br><br>v.<br><br>STATE OF UTAH,<br><br>　　　　　　Respondent. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Case No. 2:17-mc-20<br><br>District Judge Dee Benson |

　　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on March 6, 2017, recommending that the district court DENY Movant's Motion for Removal and dismiss this case for lack of jurisdiction. The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.  On March 16, 2017, Movant filed an Objection to the Order, requesting that the court consider his motion pursuant to 28 U.S.C. §1455.

　　　　De novo review, including a review of the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The court agrees with the reasoning and assessment of the magistrate judge. Plaintiff's Objection does not alter that assessment, as Plaintiff has failed to assert any facts that would plausibly support federal jurisdiction over this matter, pursuant to 28 U.S.C. §1455. The Report and Recommendation of Magistrate Judge Wells is hereby ADOPTED: Movant's motion is DENIED and this case is dismissed for lack of jurisdiction.

DATED this 24th day of March, 2017.

BY THE COURT:

Dee Benson
United States District Judge